# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WALTER R. WINFREE, III,<br><br>     *Plaintiff*,<br> v.<br><br>ERIC S. GIBSON,<br><br>     *Defendant.* | CASE NO. 3:23-cv-00005<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

 For the reasons stated in the Court's memorandum opinion, Dkt. 48, Defendant's motion for summary judgment is **GRANTED**. Dkt. 35. Defendant's motion to dismiss for discovery violations and failure to prosecute is **DISMISSED** as moot, Dkt. 32, and the above-captioned case is **DISMISSED** with prejudice.

 It is so **ORDERED**.

 The Clerk of Court is directed to send a copy of this Order to all counsel of record and to Plaintiff.

 Entered this 25th day of January, 2024.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1